1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 JAMES SALEEBY,                    )   No. C 05 4833 CRB
                                     )
12              Plaintiff,           )   Before the Honorable Charles R. Breyer
                                     )
13 vs.                               )   [PROPOSED] ORDER VACATING
                                     )   AND/OR CONTINUING CASE
14                                   )   MANAGEMENT CONFERENCE
   ELI LILLY AND COMPANY,            )
15                                   )   Conference Date:  March 3, 2006
                Defendant.           )   Conference Time:  8:30 a.m.
16                                   )   Location:         Courtroom 8, 19th Fl.

17       Upon Plaintiff's request, the Court hereby continues the March 3, 2006 Case Management
18 Conference ("CMC") to June 30, at 8:30 a.m.. In the event the case is not transferred to the Honorable
19 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*
20 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
21 Statement no less than 10 court days before the CMC, pursuant to this Court's Standing Order.
22
23       **IT IS SO ORDERED**
24
25       DATED:   March 31, 2006
26
                                      _____
27                                    HONORABLE CHARLES R. BREYER
                                      United States District Judge
28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1